UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
       :

RHODES & RHODES LANDSCAPE, LLC, *et al.*,    :
       :
       Plaintiffs,    :
       :    25 Civ. 9783 (JPC)
    -v-    :
       :    <u>ORDER</u>
A1 CAPITAL PARTNERS, LLC, *et al.*,    :
       :
       Defendants.    :
       :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Yesterday evening, Plaintiffs filed an emergency motion for a temporary restraining order in this case. Dkt. 5. The Court will hold a teleconference on Plaintiffs' motion today, December 4, 2025, at 4:00 p.m. The teleconference will be conducted on Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

Plaintiffs shall immediately serve a copy of their Complaint, Dkt. 1, their emergency motion, Dkt. 5, supporting affidavit, Dkt. 6, proposed order, Dkt. 7, and this Order on all Defendants by any practicable means.

SO ORDERED.

Dated: December 4, 2025
      New York, New York            _____
                               JOHN P. CRONAN
                         United States District Judge