UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
RHODES & RHODES LANDSCAPE, LLC, *et al.*,                   :
                                                            :
                          Plaintiffs,                       :
                                                            :          25 Civ. 9783 (JPC)
              -v-                                            :
                                                            :          ORDER
A1 CAPITAL PARTNERS, LLC, *et al.*,                         :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Nine of the Defendants in this action have appeared.  None has responded to the Complaint, which was filed on November 25, 2025, Dkt. 1, and Plaintiffs have not filed affidavits reflecting that any Defendant has been served with the Summons and Complaint.  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have up to ninety days to serve the Summons and Complaint on Defendants.  Once served, Defendants have 21 days to respond to the Complaint.  Fed. R. Civ. P. 12(a).  Here, Defendants appeared following Plaintiffs' emergency motion for a temporary restraining order, Dkt. 5, and it is not apparent whether any has been served.

Accordingly, by December 23, 2025, Plaintiffs shall file a letter stating which, if any, Defendants have been served and the date that service was made.  Plaintiffs shall also file affidavits of service.  Plaintiffs may file this letter on its own or as part of the status letter describing efforts to resolve the matter, as ordered on December 12, 2025.  Dkt. 16.

In addition, Defendant Honest Funding, LLC filed a letter on December 19, 2025, Dkt. 17, which the Court construes as a request to extend its deadline to respond to the Complaint.  The Court grants the request.  Honest Funding, LLC shall respond to the Complaint by January 30, 2026.

Plaintiffs are directed to mail a copy of this Order by First Class Mail to the Defendants who have not yet appeared on ECF, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: December 19, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

2