UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
RHODES & RHODES LANDSCAPE, LLC, *et al.*,               :
                                                        :
                         Plaintiffs,                    :
                                                        :           25 Civ. 9783 (JPC)
              -v-                                        :
                                                        :                ORDER
A1 CAPITAL PARTNERS, LLC, *et al.*,                     :
                                                        :
                         Defendants.                    :
                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 12, 2025, the Court ordered Plaintiffs to file a status letter by December 23, 2025, describing their efforts to resolve the matter.  Dkt. 16.  On December 19, 2025, the Court further ordered Plaintiffs to advise the Court, by December 23, 2025, which Defendants have been served with the Summons and Complaint, and on what dates they were served.  Dkt. 18.  Moreover, the Court ordered Plaintiffs to mail a copy of its December 23 Order to the Defendants who had not yet appeared on ECF and to file proof of service within two days of doing so.  *Id.*  The docket does not reflect any submissions complying with those orders.

By January 2, 2026, Plaintiffs shall file a letter advising the Court on those matters. Plaintiffs shall also mail this Order and the Court's December 23 Order to the Defendants who had not yet appeared on ECF and to file proof of service within two days of such service.  Failure to do so may result in sanctions, including dismissal.

SO ORDERED.

Dated: December 29, 2025
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                              United States District Judge