UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

RHODES & RHODES LANDSCAPE, LLC, *et al.*,   :

               Plaintiffs,       :

                                 :       25 Civ. 9783 (JPC)

     -v-                      :

                                 :         ORDER

A1 CAPITAL PARTNERS, LLC, *et al.*,     :

              Defendants.      :

                                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 5, 2026, the Court ordered Plaintiffs to file a status letter by January 16, 2026, describing their efforts to resolve the matter and specifying the dates on which they served each Defendant. Dkt. 21. The Court also ordered Plaintiffs to mail its January 5 Order to any Defendants who had not yet appeared on ECF and to file proof of such service within two days of doing so. *Id.* The docket does not reflect any submissions complying with those orders. This is the second time that Plaintiffs have failed to submit filings by the Court-ordered deadlines. *See* Dkt. 19.

By January 28, 2026, Plaintiffs shall (1) file a letter advising the Court on those matters, (2) show cause why the case should not be dismissed for failure to prosecute and/or failure to comply with the Court's orders, and (3) mail this Order and the January 5 Order to any Defendants who have not yet appeared on ECF, and file proof of service within two days of such service. Failure to do comply with this Order may result in sanctions, including dismissal.

SO ORDERED.

Dated: January 21, 2026
     New York, New York                JOHN P. CRONAN
                                  United States District Judge