UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                        :
RHODES & RHODES LANDSCAPE, LLC, *et al.*,               :
                                                        :
        Plaintiffs,               :
                                                        :        25 Civ. 9783 (JPC)
    -v-                                      :
                                                        :        ORDER OF DISMISSAL
A1 CAPITAL PARTNERS, LLC, *et al.*,                     :
                                                        :
        Defendants.                :
                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    By February 9, 2026, Plaintiffs shall reply to Defendant Seamless Funding, LLC's pre-motion letter, Dkt. 22.  Plaintiffs shall also file a status letter by that same deadline.

    SO ORDERED.

Dated: February 2, 2026
      New York, New York

                            JOHN P. CRONAN
                     United States District Judge