UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
RHODES & RHODES LANDSCAPE, LLC, *et al.*,                     :
                                                              :
                            Plaintiffs,                       :
                                                              :          25 Civ. 9783 (JPC)
            -v-                                                :
                                                              :          ORDER
A1 CAPITAL PARTNERS, LLC, *et al.*,                          :
                                                              :
                            Defendants.                       :
                                                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 6, 2026, Plaintiffs served Defendant JRG Funding, LLC with copies of the Summons and Complaint.  Dkt. 28.  JRG Funding's deadline to respond to the Complaint was therefore January 27, 2026.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from JRG Funding.  Accordingly, the Court extends *sua sponte* JRG Funding's deadline to respond to the Complaint until February 17, 2026.  If JRG Funding once again fails to respond to the Complaint by its deadline to do so, Plaintiffs shall seek a Certificate of Default by February 24, 2026.

In addition, while Defendants Bridgecap Financial LLC, Family Funding Group, LLC, Panthers Capital, LLC, and Timeless Funding, LLC have appeared in this action, the docket does not reflect whether they were served pursuant to Federal Rule of Civil Procedure 4.  Plaintiffs' status letter dated February 9, 2026, states that Plaintiffs are engaging those Defendants in settlement discussions.  Dkt. 52.  By February 24, 2026, Plaintiffs shall submit another status letter advising the Court whether they have settled with those Defendants, and if they have not settled, Plaintiffs shall file affidavits of service for each of them by that date.

Finally, within two days of this Order, Plaintiffs are directed to mail a copy of this Order by

First Class Mail to all Defendants who have not appeared in this action, and to file proof of service on the docket within two days of such service.

    SO ORDERED.

Dated: February 10, 2026
      New York, New York

                        JOHN P. CRONAN
                  United States District Judge