UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                        :
RHODES & RHODES LANDSCAPE, LLC, *et al.*,                               :
                                                                        :
                              Plaintiffs,                               :
                                                                        :                    25 Civ. 9783 (JPC)
              -v-                                                       :
                                                                        :                    <u>ORDER OF DISMISSAL</u>
A1 CAPITAL PARTNERS, LLC, *et al.*,                                     :
                                                                        :
                              Defendants.                               :
                                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff has reached a settlement in principle with Defendants Bridgecap Financial LLC and Timeless Funding, LLC. *See* Dkt. 64 at 2, 4. Accordingly, it is ordered that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar as to Bridgecap Financial LLC and Timeless Funding, LLC, provided the application to restore the action is made within thirty days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after thirty days from the date of this Order may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any pending motions concerning Bridgecap Financial LLC and Timeless Funding, LLC, are moot.

The Clerk of Court is respectfully directed to terminate Bridgecap Financial LLC and Timeless Funding, LLC, as Defendants.

SO ORDERED.

Dated: February 25, 2026
   New York, New York

              JOHN P. CRONAN
            United States District Judge