UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                        :

RHODES & RHODES LANDSCAPE, LLC, *et al.*,     :

                        :

         Plaintiffs,       :

                        :        25 Civ. 9783 (JPC)

     -v-                  :

                        :        <u>ORDER</u>

A1 CAPITAL PARTNERS, LLC, *et al.*,     :

                        :

         Defendants.     :

                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Family Funding Group, LLC, was served on January 9, 2026, Dkt. 62, and Defendant Panthers Capital, LLC, was served on January 23, 2026, Dkt. 63. Their deadlines to respond to the Complaint were, respectively, January 30, 2026, and February 13, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* these Defendants' deadlines to respond to the Complaint until March 4, 2026. If Family Funding Group, LLC, and Panthers Capital, LLC, fail to respond to the Complaint by that deadline, Plaintiffs shall seek Certificates of Default by March 11, 2026.

In addition, the Court construes the submission by Defendant JRG Funding, LLC, on February 20, 2026, Dkt. 59, to be a pre-motion letter with respect to a motion to compel arbitration and to stay the action as to JRG Funding, LLC, pending arbitration. By March 4, 2026, Plaintiffs shall file a response pursuant to Rule 6.A of the Court's Individual Rules and Practices in Civil Cases stating its position as to arbitration with JRG, a stay pending arbitration, and/or dismissal.

Also by March 4, 2026, Plaintiffs shall advise the Court why good cause exists to excuse their failure to serve Defendant Flip Funding, LLC, within the 90-day deadline set by Federal Rule

of Civil Procedure 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). The Court reminds Plaintiffs that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (citation modified). Plaintiffs must file this letter even if service of the Summons and Complaint is or has already been made on Flip Funding, LLC. If Flip Funding, LLC, has been served, Plaintiffs must also file proof of service on the docket no later than March 4, 2026. If no such letter is filed, the Court may dismiss Flip Funding, LLC, as a Defendant on grounds of failure to prosecute.

Finally, within two days of this Order, Plaintiffs are directed to mail a copy of this Order by First Class Mail to all Defendants who have not appeared in this action, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: February 25, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2