UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
RHODES & RHODES LANDSCAPE, LLC, *et al.*,               :
                                                        :
                        Plaintiffs,                     :
                                                        :                    25 Civ. 9783 (JPC)
          -v-                                           :
                                                        :                    ORDER
A1 CAPITAL PARTNERS, LLC, *et al.*,                     :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 4, 2026, Plaintiffs served Defendant Flip Funding, LLC with copies of the Summons and Complaint. Dkt. 73. Flip Funding LLC's deadline to respond to the Complaint was therefore March 25, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Flip Funding, LLC. Accordingly, the Court extends *sua sponte* Flip Funding, LLC's deadline to respond to the Complaint until April 8, 2026. If Flip Funding, LLC once again fails to respond to the Complaint by its deadline to do so, Plaintiffs shall seek a Certificate of Default by April 15, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Flip Funding, LLC was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

        SO ORDERED.

Dated: April 1, 2026
        New York, New York                    _____
                                                        JOHN P. CRONAN
                                                United States District Judge