UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

RHODES & RHODES LANDSCAPE, LLC, *et al.*,    :

                       Plaintiffs,    :

                                              :        25 Civ. 9783 (JPC)

       -v-                 :

                                              :        <u>ORDER</u>

A1 CAPITAL PARTNERS, LLC, *et al.*,    :

                     Defendants.    :

                                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendant Seamless Funding, LLC's pre-motion letter in anticipation of its motion to dismiss, Dkt. 22, and Plaintiffs' response, Dkt. 53. The Court will hold a pre-motion conference on May 15, 2026, at 2:00 p.m. At the scheduled time, counsel for Plaintiffs and Seamless Funding, LLC should call (855) 244-8681, access code 2302 755 2307. The remaining Defendants may attend but are not required to do so.

       Within two business days of this Order, Plaintiffs are directed to mail a copy of this Order by First Class Mail to all Defendants who have not appeared in this action, and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: April 24, 2026
      New York, New York                                  JOHN P. CRONAN
                                             United States District Judge