UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHODES & RHODES LANDSCAPE, LLC, *et al.*,

Plaintiffs,

-v-

A1 CAPITAL PARTNERS, LLC, *et al.*,

Defendants.

25 Civ. 9783 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiffs' deadline to oppose Defendant Seamless Funding, LLC's motion to dismiss was August 14, 2026. Dkt. 95. The docket does not reflect an opposition brief from Plaintiffs, so the Court *sua sponte* extends Plaintiffs' deadline to file to August 24, 2026, and Seamless Funding, LLC's deadline to file a reply to September 14, 2026. Plaintiffs shall file their brief by the new deadline or show cause why the Court should not dismiss this action for failure to prosecute.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge